AO 241 (Rev. 09/17)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2:23-cv-363

| United States District Court | District: WESTERN DISTRICT OF PA. |
|---|---|

Name (under which you were convicted):
CAROL E. JACKSON

Docket or Case No.:
CP-63-CR 2412-2016
CP-63-CR 1488-2017
CP-63-CR 2090-2020

Place of Confinement: WASHINGTON COUNTY CORRECTION
FACILITY, 100 W. CHERRY AVE. WASHINGTON,
PENNSYLVANIA, 15301

Prisoner No.:
1996 0000 502

Petitioner (include the name under which you were convicted)
CAROL E. JACKSON

Respondent (authorized person having custody of petitioner)
v. COMMONWEALTH OF PENNSYLVANIA

The Attorney General of the State of: PENNSYLVANIA

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
WASHINGTON COUNTY, PENNSYLVANIA COURT OF COMMON PLEAS
1 SOUTH MAIN STREET
WASHINGTON, PENNSYLVANIA 15301

   (b) Criminal docket or case number (if you know): CP-63-CR 2412-2016
CP-63-CR 1488-2017
CP-63-CR 2090-2020

2. (a) Date of the judgment of conviction (if you know): REVOCATION 5-12-22 (MAY 12, 2022)

   (b) Date of sentencing: MAY 12, 2022

3. Length of sentence: MAXIMUM OF 11½ TO 23 MONTHS BALANCE

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: THIS WAS A
(GAGNON II) REVOCATION PROCEEDING, I WAS REVOKED
ON CASE #2412-2016 RETAIL THEFT (F3) AND CASE #
1488-2017 RETAIL THEFT (F3) CONCURRENT TERMS
BALANCE → AND NO ACTION TAKEN ON CONSECUTIVE
OF
MAXIMUM   1YR PROBATION FOR POSSESSION OF DRUG PARAPHERNALIA
CASE #2090-2020

6. (a) What was your plea? (Check one) I WAS IN VIOLATION AND REVOKED

   ☐ (1)  Not guilty      ☐ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty           ☐ (4)  Insanity plea

RECEIVED

MAR - 6 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I WAS IN VIOLATION OF PAROLE ON BOTH CASE # 2412·2016 AND CASE # 1488·2017 WITH NO ACTION TAKEN ON CONSECUTIVE 1YEAR PROBATION AT CASE # 2090·2020.

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☐ Judge only   GAGNON II

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes   ☐ No   AT GAGNON II

8.    Did you appeal from the judgment of conviction?

☐ Yes   ☒ No

9.    If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised:

_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: COURT OF COMMON PLEAS, WASHINGTON COUNTY

(2) Docket or case number (if you know): CR 2412-2016; CR 1488-2017; CR 2090-2020 PENNSYLVANIA

(3) Date of filing (if you know): NOVEMBER 17, 2022

(4) Nature of the proceeding: COUNSEL PREPARED MOTION FOR CREDIT TOWARD SENTENCE

(5) Grounds raised: PURSUANT 42 Pa. C.S. SECTION 9760

I DID NOT RECEIVE THE CREDIT FOR TIME SERVED AT A COURT ORDERED INPATIENT DRUG AND ALCOHOL TREATMENT FACILITY AS IT WAS RAISED AT MY MAY 12, 2022 HEARING, ESTABLISHED AS "INCARCERATION" BY HONORABLE JUDGE KATHERINE EMERY (SENIOR JUDGE), MYSELF AND A.D.A. KEVIN SCHEIBEL BUT MY ADULT PROBATION OFFICER ERRORED IN FAILING AND WILLFULLY NOT CALCULATING ALL OF MY TIME IN "INCARCERATION" AS IT WAS. AND CALCULATED AN ERRONEOUS MAXIMUM DATE

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes  ☐ No

(7) Result: ON JANUARY 13, 2023 HONORABLE JUDGE NEUMAN HEARD TESTIMONY FROM ME, I WAS PRO SE AND A.D.A. KEVIN SCHEIBEL WHO MADE CAPRICIOUS REMARKS AS TO MY ENTITLEMENT, EVEN THOUGH HE WAS IN AGREEMENT ON MAY 12, 2022. I AM AT DAY 96 FROM FILING DATE OF MOTION AND JUDGE NEUMAN'S OPERATIONS UNDER REVIEW I HAVE NO OTHER RESULT FOR END 45 DAYS POST HEARING ON 1/13/

AO 241 (Rev. 09/17)

(8) Date of result (if you know): *No Result From Filing on 11/17/22 And Hearing on 1/13/23 Under Review*

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes        ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:        ☐ Yes        ☒ No

(2) Second petition:      ☐ Yes        ☐ No

(3) Third petition:        ☐ Yes        ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

I AM STILL WAITING ON COURT OF COMMON PLEAS REVIEW
BUT I AM AT 718 DAYS SERVED ON A 700 DAY MAXIMUM SENTENCE.

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: VIOLATION OF MY RIGHT TO ALL
CREDIT FOR TIME SERVED

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

ON MAY 12, 2022 HONORABLE SENIOR JUDGE EMERY DIRECTLY
ASKED "YOU ARE GIVING HER FOR WHAT? TIME IN JAIL, OF COURSE." A.P.O "JOSHUA
HANLEY "YES, YOUR HONOR" - AND GIVES DATES TOTALLING 313 DAYS. JUDGE EMERY
DIRECTLY ASKED "AND THEN, THE TIME SPENT IN REHAB WAS DURING
INCARCERATION?" AS I HAD STATED 2 TIMES I COMPLETED 115 DAY OF INPATIENT
THAT WAS DUE TO COURT ORDER PRIOR TO THIS REVOCATION HEARING,
ADA SCHEIBEL AND MYSELF ANSWERED "CORRECT" BUT MY APO HANLEY
TOLD ME "IT'S NOT PERSONAL" WHEN I ASKED HIM ABOUT CREDIT AND "HE
DIDN'T GIVE"

(b) If you did not exhaust your state remedies on Ground One, explain why: AS A.PO'S BIASED STANCE AND FAILED TO ADD IN THE 115 DAYS,
I MOTIONED FOR RELIEF FROM COURT OF COMMON
PLEAS, WHAT SEEMED TO ME A SIMPLE REQUEST
FOR JUSTICE IN MY SENTENCING HAS NOW BECOME
A DEEPER MATTER AS I ATTEMPT TO WAIT ON
FAIRNESS IN REVIEW OF MOTION - AS THEY HAVE 120 DAYS
AND I FAILED TO BE RELEASE AT WHAT MAXIMUM
DATE OF SENTENCING SHOULD HAVE BEEN, THEIR
DELAY OR INTERFERENCE IN MY CASE
HAS VIOLATED MY DUE PROCESS CLAUSE OF
THE 14TH AMENDMENT. I AM ALREADY HARMED
AND SEEK RELIEF BY U.S. COURT

Page 6 of 16

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:    COUNSEL PREPARED AND
FILED MOTION FOR CREDIT FOR ~~TIME~~ TOWARD SENTENCE
~ UNDER REVIEW STILL ~

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:** Violation of My Right of the Due Process Clause of U.S.C.S. Constitutional Amendment 14.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My Adult Probation officer Hanley willfully acted in a negligent malfeasance manner toward me. His intentional and knowledgeable act of failing to recalculate my Maximum sentence is because he intended to act this way and created a harmful consequence to me from this act. His deliberate intentional abuse of official power denied me life and liberty. My continued incarceration is clear violation of my federally protected rights resulting in this unreasonable application of law in my case. Where justice delayed is justice denied,

(b) If you did not exhaust your state remedies on Ground Two, explain why:

I am not a legal student or lawyer but I believe this petition is in my best interest, this isn't easy for me.

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:   Counsel prepared and filed motion for credit toward sentence. See question #10. Under review still —

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

PAGE 2 OF #12

GROUND TWO: Violation of my right of due Process clause of USCS constitutional Amendment 14

My expectation of protection by the 14th Amendment due Process clause was denied by A.P.O Joshua Hanley as I had a mandatory expectation of release from custody upon the completion of my properly and lawfully Recomputated maximum sentence date, as set on record by Senior Judge Katherine Emery, which is not a matter of grace But Pursuant of State Statute 42 Pa C.S.A §9760.

There was no basis for a challenge by this adult probation officer. My entitlement to the credit was Established by the Court of common Pleas, who raised my credit for all of my "terms of incarceration", Senior Judge Emery Rightfully included the Language of The Matter A.P.O. Joshua Hanley choose to Willfully Disregard this, due to his Preconceived Prejudice and Bias. Violating my Right to Due Process clause and fair Recomputation of Sentencing.

Then on January 13, 2023 Assistant District Attorney Kevin Scheibel Changed his language capriciously to what he Testified to on May 12, 2022 Nothing in Either Proceeding on May 12, 2022 Nor January 13, 2023 was Properly Upheld nor obeyed by the Adult Probation Officer Hanley

CAROL E JACKSON

PAGE 2 FOR #12

GROUND THREE: VIOLATION OF MY RIGHT PURSUANT
TO USCS CONSTITUTIONAL AMENDMENT 8

I CAN PROVE A HISTORY IN ERROR IN RECALCULATING
MY MAXIMUM DATE, TO INCLUDE FROM MAY 12, 2022
BY WASHINGTON COUNTY ADULT PROBATION OFFICE;
THAT THERE IS PREJUDICE AND BIAS THAT IS
TRAINED INTO OFFICERS, IN PARTICULAR A.P.O.
JOSHUA HANLEY. THESE ABUSE OF POWER TACTICS
ARE CARRIED OUT AS A ROUTINE BREACH
OF JUSTICE AND FAIRNESS IN SENTENCING.
AND NOW IS CAUSING ME CRUEL AND UNUSUAL
PUNISHMENT.

THE RETRACTIVE AND CAPRICIOUS TACTIC OF
THE ASSISTANT DISTRICT ATTORNEY KEVIN SCHEIBEL
WHERE HIS LANGUAGE IN REVOCATION HEARING
WAS SIMPLY TO APPEASE THE PROCEEDING, ON
MAY 12, 2022; ONLY TO VEHEMENTLY DEBATE MY
ENTITLEMENT TO ALL MY CREDIT FOR TIME
SERVED AT AN EVIDENTIARY HEARING ON
JANUARY 13, 2023.

THE EFFECT WAS UNAVOIDABLE PREJUDICE
THAT CREATED BIAS AS TO MY ACCOUNT AND
ACCOUNTABILITY. WHERE A QUESTION WHAT
TOOK ME SO LONG TO ASK FOR THE CREDIT;
SHOULD OF BEEN: WHY DIDN'T THE A.D.A
SPEAK AS HIS AIRS OF SUPERIORITY LANGUAGE,
INVOKED ON MAY 12, 2022, TO MY PAROLE OFFICER
HANLEY AND ENFORCE THE 42 PA CSA § 9760. STATUTE.

Page 3 of #12

Ground Two: Violation of my right of Due Process
        Clause of USCS constitutional Amendment 14

        And Assistant District Attorney Scheibel.
        I am now erroneously confined to WCCF
from their willful, nefarious and capricious
acts and abuse of power by denying me
all of my credit. I am 17 days BEYOND
my maximum term of 700 days of incarceration.
I am incarcerated due to this malfesence
of the A.P.O's and A.D.A's willful
negligence.
        I am invoking my right to request relief
due to my constitutional right.
        These actions by Washington County Officials
were a violation. Justice Delayed is Justice
        Denied.

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : I REACHED OUT TO

LT. CHIPPS AT WCCF FOR ADMINISTRATION

CORRECTIONAL STAFF HELP; MY P.O., COUNSELING

STAFF AT WCCF. LETTER TO COMMISSIONERS + PRISON BOARD

**GROUND THREE:** VIOLATION OF MY RIGHT PURSUANT

TO USCS CONSTITUTIONAL AMENDMENT 8

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

FOR BASIC SENTENCE MODIFICATION REQUEST, MOTION

AND MODIFICATION, I AM FORCED TO REACH OUT

TO THE UNITED STATES DISTRICT COURTS BECAUSE I AM

ILLEGALLY DETAINED BEYOND MY FAIR SENTENCE OF

700 DAYS AS DETERMINED, RAISED, ADJUDICATED AND

SET IN RECORD BY SENIOR COURT OF COMMON PLEAS

COURT JUDGE EMERY. THAT DUE TO ABUSE OF   Page 9 of 16

POWER IN A NON-EXISTANT DISCRETIONARY ASPECT

BY ADULT PROBATION OFFICER JOSH HANLEY AND

PAGE 3 OF #12

GROUND THREE: VIOLATION OF MY RIGHT PURSUANT
TO USCS CONSTITUTIONAL AMENDMENT 8

ON MAY 12, 2022 AS CHARGED BY CIVIC DUTY
AND LAW. A PROCEEDING WHERE NOT ONE
ISSUE WAS UPHELD NOR OBEYED BY ALL PARTIES
OTHER THAN THE CRUEL AND UNUSUAL PUNISHMENT
THAT RESULTED AS I AM SITTING IN SOLITARY
CONFINEMENT DUE TO STAFF SHORTAGES ON
MY 717TH DAY ON FEBRUARY 26, 2023 FOR A
700 DAY SENTENCE, WHERE I AM CONFINED
WHEN I SHOULD BE FREE AND NOT SITTING
IN JAIL DURING A PERIOD OF MY CONSECUTIVE
1 YEAR PROBATION PERIOD FOR CASE #2090-2020
AND THE A.DA's LUDICROUS COMMENT "WE
OFFERED AND YOU ACCEPTED WAS A HALF-TRUTH
BECAUSE THE A.P.O. FAILED TO OBEY
AND I WAS THEN FORCED TO APPEAR AGAIN
IN COURT AND HE HAS, TO THE DATE OF THIS
FILING, NOT CORRECTED HIS OFFICIAL ERROR.
WHICH IS CRUEL AND UNUSUAL
AS THE PROSECUTOR AND A.P.O's MISREPRESENTATION
OF FACTS AND STATEMENTS SHOULD BE BOUND
UNDER OATH BUT ARE NOT.
A.P.O. HANLEY RENDERED DEFICIENT
PERFORMANCE AND PREJUDICE TOWARD ME
AS HE DID NOT ADEQUATELY RECOMPUTATE
MY MAXIMUM SENTENCED AS RAISED AT MY
REVOCATION HEARING

PAGE 4 OF #12

GROUND THREE: VIOLATION OF MY RIGHT
PURSUANT TO USCS CONSTITUTIONAL AMENDMENT 8

HIS COMMENT TO ME AFTER THE EVIDENTARY
HEARING ON JANUARY 13, 2023 THAT "HE DOESN'T
GIVE CREDIT FOR REHAB. IT'S NOT PERSONAL."
WHICH HIS LANGUAGE ALLEGES A SET OF
HISTORICAL FACT AND THAT HE ROUTINELY
VIOLATES FEDERAL CONSTITUTIONAL RIGHTS,
AS HE DID TO ME.   I PLEAD THAT
THIS GOVERNMENT-OFFICIAL DEFENDANT,
THROUGH THE OFFICIAL'S OWN INDIVIDUAL ACTIONS
HAS VIOLATED THE CONSTITUTION AND SINCE
HE DID NOT RECOMPUTATE MY CORRECT TIME
SERVED NOR CORRECTLY CALCULATE MY
RECOMPUTATED MAXIMUM SENTENCE DATE,
I AM NOW SUBJECT TO CRUEL AND
UNUSUAL EXCESSIVE PUNISHMENT AND
CONFINEMENT.

ASSISTANT DISTRICT ATTORNEY SCHEIBEL ON
MAY 12, 2022 WHEN ASKED BY SENIOR JUDGE EMERY
REGARDING MY CREDIT FOR TIME SERVED:
THE COURT: "AND THEN THE TIME SPENT IN REHAB
WAS DURING INCARCERATION?"
MR. ~~SHE~~ SCHEIBEL: "CORRECT."
THE DEFENDANT (ME): "CORRECT."

ON JANUARY 13, 2023, HE WILLFULLY AND CAPRICIOUSLY
COMMENTED AS IF HE DID NOT CONCUR AND THAT

PAGE 5 of #12

GROUND THREE: VIOLATION OF MY RIGHT PURSUANT
    TO USCS CONSTITUTIONAL AMENDMENT 8

        I WAS ONLY ELIGIBLE FOR TIME SERVED AT WCCF
AND NOT THE TIME SERVED AS "INCARCERATION"
AT REHAB AS RAISED BY SENIOR JUDGE EMERY
ON MAY 12, 2022. THEREFORE, I PLEAD
THAT THIS GOVERNMENT - OFFICIAL DEFENDANT
THROUGH THE OFFICIALS OWN INDIVIDUAL ACTIONS
HAS VIOLATED THE CONSTITUTION AND I AM
SUFFERING BY THIS, AS I AM SERVING
718 DAYS AS OF THE DATE OF THIS PETITION
OF A 700 DAYS SENTENCE I RECEIVED.
BOTH OF THESE OFFICIALS ARE AWARE
OF 42 Pa CSA §9760 AND DELIBERATELY
DISREGARDED IT IN MY CASE.
        THEY HAVE REMAINED DELIBERATELY INDIFFERENT
I AM NOW SUFFERING CRUEL AND UNUSUAL
PUNISHMENT. I AM DENIED LIFE AND LIBERTY,
BEYOND MY SENTENCE. I AM SUBJECTED TO PROLONGED
OPPRESSION, UNDUE ANXIETY, STRESS, DEPRIVATION OF
FREEDOM, PRIVILEGES, DEGRADATION, ISOLATION
DEMEANING AND DERROGATORY HARRASSMENT AND
PROLONGED SUBJECTION TO THESE HARSH CONDITIONS
OF CONFINEMENT. I FILED A GRIEVANCE AND
SHOULD NOT OF BEEN SUBJECTED TO THE CONTINUATION OF
TREATMENT IN THIS JAIL AFTER FEBRUARY 9, 2023
WHERE I AM REPEATED PLACED ON SOLITARY STATUS
DUE TO SHORT STAFF THIS IS BEYOND ACCEPTABLE.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes    ❏ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes    ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ❏ Yes    ❏ No

(4) Did you appeal from the denial of your motion or petition?    ❏ Yes    ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes    ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:**

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:

_____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes    ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:    I'M WAITING ON MOTION AS DESCRIBED
IN QUESTION #10.  THEIR TIME TO REVIEW IS
120 DAYS - WHICH OPERATION OF LAW IS MARCH 17, 2023
I FEEL IT UNCONSTITUTIONAL INTERFERENCE AS I WILL BE
ON 3/17/23  738 DAYS INTO A 700 DAYS MAXIMUM SENTENCE

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

THE DUE PROCESS CLAUSE IS ON GOING IT IS
KNOWN BUT I DID NOT STATE MY 14TH AND
8TH AMENDMENTS - VIEW - I RELATED TO MY REQUEST
FOR CREDIT TOWARD SENTENCE

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.    _____

_____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☒ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    COURT OF COMMON PLEAS, WASHINGTON
COUNTY PENNSYLVANIA, 1 S. MAIN ST
WASHINGTON, PA 15301 : CR 2412-2016; CR 1488-2017;
CR 2090-2017    I SENT A LETTER REQUESTING
STATUS ON 2/22/23 TO JUDGE NEUMAN.
AS I AM STILL WAITING ON THE RESULT OF REVIEW
FROM JANUARY 13, 2023 HEARING.

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

(d) At sentencing: GAGNON II  PATRICK FITCH, WASHINGTON

COUNTY PUBLIC DEFENDER 95 W. BEAU ST. SUITE 500, WASHINGTON

PA 15301

(e) On appeal: _____

(f) In any post-conviction proceeding:  MOTION FOR CREDIT TOWARD SENTENCE

& PATRICK FITCH, WASHINGTON COUNTY ~~FIRST~~ PUBLIC DEFENDER

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?     ☒ Yes     ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

COURT OF COMMON PLEAS, WASHINGTON COUNTY, PA

(b) Give the date the other sentence was imposed:  DEC. 30, 2020

(c) Give the length of the other sentence:  1 YEAR CONSECUTIVE PROBATION

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?     ☐ Yes     ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I DO NOT UNDERSTAND BUT I WANT

MY TIME I AM ERRONEOUSLY SERVING TO BE

SERVED OR GIVING CREDIT TO. RETROACTIVELY

TO THE DATE MY MAXIMUM DATE SHOULD REFLECT.

AND APPLY IT TO MY ONE YEAR CONSECUTIVE

Dkt# 2090-2020 SENTENCE.

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: __115 DAYS CALCULATED TO MY RECOMPUTATED MAXIMUM DATE TO CORRECT THE ERROR OF A.P.O. JOSHUA HANLEY, INJUNCTIVE COMPENSATION FOR INCARCERATION BEYOND MY MAXIMUM SENTENCE AS__

or any other relief to which petitioner may be entitled. A RESULT OF VIOLATION OUTLINED IN THE DUE PROCESS CLAUSE OF THE 14TH AMENDMENT AND CRUEL AND UNUSUAL PUNISHMENT OUTLINED IN THE 8TH AMENDMENT

_Carol Jackson, Pro Se_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __2/26/23__ (month, date, year).

Executed (signed) on __2/26/23__ (date).

_Carol Jackson, Pro Se_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____